IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DIANE PEREZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:23-cv-00135 |
| | § | |
| | § | |
| WAL-MART STOREST TEXAS, LLC | § | |

**<u>NOTICE OF SETTLEMENT</u>**

COMES NOW, Plaintiff, DIANE PEREZ, and Defendant, WAL-MART STORES TEXAS, LLC (collectively the "Parties"), and jointly file this Notice of Settlement and in support show the Court as follows:

**I.**

The Parties hereby submit this Notice of Settlement to notify the Court that the lawsuit has been settled, and to request that the Court enter a 30 or 60-day conditional order staying all deadlines and permitting the Parties to exchange and execute final settlement documents. The lawsuit does not involve a minor and will not require the appointment of a guardian ad litem. This settlement disposes of any and all claims, and all parties.

**II.**

The settlement by the Parties was accomplished by way of direct negotiation. The settlement includes all Parties and claims, whether known or unknown, for injuries arising out of the incident at issue in this case. Upon execution of all settlement documents, the case is to be dismissed with prejudice. All costs will be paid by Parties incurring same.

**III.**

WHEREFORE, the parties pray that this Court enter a 30 or 60-day conditional order staying case deadlines, in anticipation of final settlement being completed.

Respectfully submitted,

WELLER, GREEN, TOUPS & TERRELL LLP

*/s/B. Adam Terrell- with permission*
B. ADAM TERRELL
Texas Bar No. 19790900
2615 Calder, Suite 400 (77702)
Post Office Box 350
Beaumont, TX 77704
Phone: (409) 838-0101
Fax: (409) 832-2940
Email: baterrell@wgttlaw.com
e-service bterrelledoc@wgttlaw.com
ATTORNEY FOR PLAINTIFF,
DIANE PEREZ


BUSH & RAMIREZ, PLLC

*/s/ John A. Ramirez*
John A. Ramirez
State Bar No. 00798450
5615 Kirby Drive, Suite 900
Houston, Texas 77005
Telephone: (713) 626-1555
Facsimile: (713) 622-8077
jramirez.atty@bushramirez.com

ATTORNEYS FOR DEFENDANT,
WAL-MART STORES TEXAS, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1ST day of May 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. True and correct copies of this document and all attachments have been served to counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE.

/s/ *B. Adam Terrell- with permission*
B. Adam Terrell