IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DIANE PEREZ, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION NO. 1:23-CV-00135 |
| VS. | § | JUDGE MICHAEL J. TRUNCALE |
| | § | |
| WAL-MART STORES TEXAS, LLC, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Stipulation of Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). [Dkt. 48]. The Court hereby acknowledges that this matter is **DISMISSED WITH PREJUDICE** in its entirety, effective the date of the Plaintiff's Stipulation of Dismissal.

It is **ORDERED** that all Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 2nd day of July, 2024.**

Michael J. Truncale
United States District Judge